FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0497

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0497

CITY OF BOZEMAN,

Plaintiff and Appellee,

v.

RICHARD WARREN DUMAS, III,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 18, 2020, within which to prepare, serve, and file its response brief.

**DM**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020